

## NUMBER 13-13-00692-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

FRANCISCO MATAMOROS,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

**On appeal from the 357th District Court
of Cameron County, Texas.**

## ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

This cause is before the Court on appellant's unopposed motion to supplement the record. Appellant requests that this Court order the court reporter to supplement the reporter's record with any hearings held in a prior cause number, 2012-DCR-2490-E. Under the prior cause number, 2012-DCR-2490-E, a mistrial was declared and the State

reindicted the appellant for the same allegations and obtained a new cause number.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to supplement the reporter's record is GRANTED and the appeal is ABATED.

The court reporter for the 357th District Court of Nueces County, Cynthia Garza, is directed to prepare a supplemental reporter's record including any and all hearings in trial court cause number 2012-DCR-2490-E. The supplemental record shall be filed with this Court within 30 days from the date of this order.

This appeal will be reinstated upon receipt of the supplemental reporter's record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the26th
day of September, 2014.

2